EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCD MEMORIAL PLACE II LLC and<br>SCD MEMORIAL LAKES I LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>LANDMARK AMERICAN<br>INSURANCE COMPANY and<br>CERTAIN UNDERWRITERS AT<br>LLOYD'S LONDON,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____ |

## **INDEX OF MATTERS BEING FILED**

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action:

1. Index of documents on file in State Court Action

    EXHIBIT A -  Index of Matters Being Filed

    EXHIBIT B -  List of Parties

    EXHIBIT C -  Civil Cover Sheet

    EXHIBIT D -  Civil Docket Sheet

    EXHIBIT E -  All executed process in this matter

    EXHIBIT F -  Plaintiffs' Original Petition

    EXHIBIT G -  Defendant Landmark's Motion to Stay

    EXHIBIT H -  Defendants' Original Answers

    EXHIBIT I -  List of Counsel of Record and Addresses

2. The state court has not signed any other orders in this case.

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

By: */s/ Robbie A. Moehlmann*
      Robbie A. Moehlmann
      State Bar No.  24007691
      rmoehlmann@walkerwilcox.com
      Robin H. Wexler
      State Bar No.  24007393
      rwexler@walkerwilcox.com
      1001 McKinney Street, Suite 2000
      Houston, Texas 77002
      Telephone: (713) 654-8001
      Facsimile: (713) 343-6571

**ATTORNEYS FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NUMBER E16NP08710**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 3rd day of July 2019, a true and correct copy of the above and foregoing has been served by:

☐ certified mail, return receipt requested; ☐ overnight delivery; ☐ hand delivery; ☐ United States first class mail; ☐ facsimile transmission; ☒ electronic transmission on the following counsel:

Attorneys for Plaintiff:
Mark E. Miller
Tae Andrews
Miller Friel PLLC
1200 New Hampshire Ave NW, Suite 800
Washington, DC 20036
millerm@millerfriel.com
andrewst@millerfriel.com

Scot Clinton
Wilson, Cribbs and Goren, P.C.
2500 Fannin Street
Houston, TX  77002
sclinton@wcglaw.com

Attorney for Defendant
Landmark American Insurance Company:
Jay W. Brown
Hilary C. Borow
Shackelford, Bowen, McKinley & Norton, LLP
717 Texas Ave., 27th floor
Houston, TX  77002
jbrown@shackelford.law
hborow@shackelford.law

                                               */s/ Robbie A. Moehlmann*
                                                Robbie A. Moehlmann